166 A.3d 1175

IN THE MATTER OF JAMES W. KENNEDY, AN ATTORNEY
AT LAW (ATTORNEY NO. 017231982)

September 6, 2017

## ORDER

**JAMES W. KENNEDY** of **TOMS RIVER,** who was admitted to the bar of this State in 1983, and who has been temporarily suspended from the practice of law since December 9, 2015, having

344

tendered his consent to disbarment as an attorney at law of the State of New Jersey, and good cause appearing;

It is ORDERED that **JAMES W. KENNEDY** is disbarred by consent, effective immediately; and it is further

ORDERED that respondent's name be stricken from the roll of attorneys and that he be permanently restrained and enjoined from practicing law; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **JAMES WILLIAM KENNEDY** pursuant to *Rule* 1:21–6, which were restrained from disbursement by Order of the Court filed December 9, 2015, shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending further Order of this Court; and it is further disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.